Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 131
Farmington, CT 06032
4525FC-20109134

Doc#: 47053 Bk:28050 Pg: 20

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Mortgage Electronic Registration Systems, Inc. as nominee for Freedom Mortgage Corporation with a mailing address of PO 2026 Flint MI 48501 does hereby grant, bargain, sell, assign, transfer, and set over to Freedom Mortgage Corporation with a mailing address of 907 Pleasant Valley Avenue, Suite 3 Mt. Laurel, NJ 08054, and its successors and assigns, all interest under that certain mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Freedom Mortgage Corporation from Christopher J. Valeriani, dated December 4, 2008 and recorded in Volume 26495 at Page 231 of the Cumberland County Registry of Deeds, without recourse.

**In Witness Whereof**, the Assignor has duly executed this instrument this 12th day of August, 2010

Signed, Sealed and Delivered
In the Presence of:

_Jacqueline Holmes_
Jacqueline Holmes, Witness

_Marisa Cozzolino_
Marisa Cozzolino, Witness

Mortgage Electronic Registration Systems, Inc.
as nominee for Freedom Mortgage Corporation

By _[signature]_
Anthony O'Connor, Assistant Secretary

STATE OF VIRGINIA      :
CITY OF VIRGINIA BEACH :

On this 12TH day of August, 2010, personally appeared Anthony O'Connor, who is known to me to be the person who executed the foregoing instrument as the Assistant Secretary of the Corporation that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said Corporation, before me.

_[signature]_
Sarah O. Ball, Notary Public

My Commission Expires: July 31, 2011

4769782

[Notary Seal: SARAH OLIVIA BALL, NOTARY PUBLIC, MY COMMISSION NUMBER 7121634, COMMONWEALTH OF VIRGINIA]

Received
Recorded Register of Deeds
Sep 03, 2010 02:40:54P
Cumberland County
Pamela E. Lovley

CUMBERLAND COUNTY
A TRUE COPY OF RECORD
Attest _[signature]_
Register


EXHIBIT D