UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

FREEDOM MORTGAGE CORPORATION

    Plaintiff

v.

CHRISTOPHER J. VALERIANI      2:19-cv-00284-JDL

    Defendant

## JUDGMENT OF FORECLOSURE AND SALE

**Address:  107 Varney Mill Road, Windham, ME 04062**
**Mortgage:  December 4, 2008, Book: 26495, Page:231**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 14, 2020.  Plaintiff, Freedom Mortgage Corporation, was present and represented by John A. Doonan, Esq.  Defendant, Christopher J. Valeriani, appeared.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay Freedom Mortgage Corporation ("Freedom') the amount adjudged due and owing ($163,354.93) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Freedom shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the

1

amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $141,025.15 |
| Interest | $10,664.94 |
| Late Charges | $919.81 |
| Escrow Advances | $4,598.96 |
| Paid Expenses | $5,866.07 |
| Property Inspection Fee Due | $280.00 |
| **Grand Total** | **$163,354.93** |

2. The prejudgment interest rate is 4.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

3. If the Defendant or his heirs or assigns do not pay Freedom the amount adjudged due and owing ($163,354.93) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the Windham Property shall terminate, Freedom shall conduct a public sale of the Windham Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $163,354.93 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Freedom may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $163,354.93.

6. Freedom Mortgage Corporation has first priority, in the amount of $163,354.93, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has been defaulted.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Freedom Mortgage Corporation | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Christopher J. Valeriani<br>107 Varney Mill Road<br>Windham, ME 04062 | Defaulted |

a) The docket number of this case is No. 2:19-cv-00284-JDL.

b) The Defendant, the only party to these proceedings besides Freedom, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 107 Varney Mill Road, Windham, ME 04062, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 107 Varney Mill Road, Windham, ME 04062. The Mortgage was executed by the Defendant on December 4, 2008. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 26495, Page 231.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 107 Varney Mill Road, Windham, ME 04062.

**SO ORDERED.**

Dated: April 10, 2020

                                                     **/s/ Jon D. Levy**
                                              **CHIEF U.S. DISTRICT JUDGE**